**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 19, 2016.**

In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00682-CR

---

### RICKEY CHARLES PERRY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 506th District Court
Grimes County, Texas
Trial Court Cause No. 17669**

---

## M E M O R A N D U M   O P I N I O N

Appellant Rickey Charles Perry has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown
Do Not Publish – Tex. R. App. P. 47.2(b)